IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Darwin Dwight Roots, | ) | C/A: 0:12-602-JFA |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| American Marine Liquidators, Inc., | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of the plaintiff, and it appearing from the record in this case that the defendant is now in default, the Clerk is authorized to enter default on behalf of the plaintiff in this case. The court will conduct a damages hearing on Monday, July 16, 2012, at 3:00 p.m. A notice of the hearing will be issued contemporaneously with this order.

IT IS SO ORDERED.

May 31, 2012                                               Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge

1